

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

| | |
|---|---|
| JARRETT B. PERLOW<br>CLERK OF COURT | CLERK'S OFFICE<br>202-275-8000 |

January 25, 2024

2024-108 - In re: Transgender American Veterans Association

# NOTICE OF NON-COMPLIANCE

The document (Petition for Writ of Mandamus) submitted by Transgender American Veterans Association is not in compliance with the rules of this court. Within two business days from the date of this notice, please submit a corrected version of this document correcting the following:

- The document does not contain a Certificate of Interest. Fed. Cir. R. 47.4(b).

- All counsel whose names appear on a filing must submit an entry of appearance (except for supervisory government officials listed in an ex officio capacity). Fed. Cir. R. 47.3(b)(1).

- Law Students listed on the are not admitted to the court's bar. Fed. Cir. R. 47.3(b).

  *[Clerk's Note: A motion is required.]*

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket. An appellant's failure to cure a defective filing may also result in the dismissal of the

appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT



Jarrett B. Perlow
Clerk of Court

By: M. Ames, Deputy Clerk