| | |
|---|---|
| **FORM 9A.** Notice of Related Case Information | **Form 9A (p. 1)**<br>**March 2023** |

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### NOTICE OF RELATED CASE INFORMATION

**Case Number** 24-108

**Short Case Caption** In re Transgender American Veterans Association

**Filing Party/Entity** Transgender American Veterans Association

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Petitioner does not believe that there are any related cases under the terms of Rule 47.5(a), but notes that there was a previous action relating to the subject matter of the same petition for rulemaking as is at issue in this mandamus action. See Fulcher v. Sec'y of Veterans Affs. (No. 2017-1450) (Fed. Cir.).

☐   Additional pages attached

FORM 9A. Notice of Related Case Information                                    Form 9A (p. 2)
                                                                                March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

> Dee Fulcher; Giuliano Silva; Transgender American Veterans Association;
> Department of Veterans Affairs

☐   Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

> Transgender Law Center; Lynly S. Egyes; Shawn Thomas Meerkamper
> Lambda Legal Defense and Education Fund, Inc.; Tara L. Borelli; M. Dru Levasseur; Sasha J. Buchert
> Wilmer Cutler Pickering Hale and Dorr LLP; Alan Schoenfeld; Paul R.Q. Wolfson; Michael Posada
> Department of Veterans Affairs; Drew Cornacchio
> Department of Justice; Chad A. Readler; Robert E. Kirschman, Jr.; Allison Kidd-Miller; Eric P. Bruskin

☐   Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 01/25/2024                    Signature:  /s/ Michael J. Wishnie

                                    Name:       Michael J. Wishnie