NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re: TRANSGENDER AMERICAN VETERANS ASSOCIATION,**
*Petitioner*

---

2024-108

---

On Petition for Writ of Mandamus to the Department of Veterans Affairs.

---

**ON PETITION**

---

PER CURIAM.

**O R D E R**

Transgender American Veterans Association ("TAVA") submits a petition for a writ of mandamus directing the Department of Veterans Affairs to "grant or deny" TAVA's 2016 rulemaking petition within 30 days. Pet. at 13, 31–32.

Upon consideration thereof,

IT IS ORDERED THAT:

The Secretary of Veterans Affairs is directed to respond to TAVA's mandamus petition no later than fourteen days from the date of entry of this order. Any reply in support

of the mandamus petition is due no later than seven days thereafter.

FOR THE COURT

January 25, 2024
Date

Jarrett B. Perlow
Clerk of Court