**No. 24-108**

IN THE

# United States Court of Appeals

## FOR THE FEDERAL CIRCUIT

◆◆◆

IN RE TRANSGENDER AMERICAN VETERANS ASSOCIATION,

*Petitioner.*

ON APPEAL FROM THE DEPARTMENT OF VETERAN AFFAIRS

## MOTION FOR LEAVE TO FILE THE *AMICUS* BRIEF

MARIE L. CARLISLE
BRIGETTE A. DECHANT
BAKER & HOSTETLER LLP
811 Main Street, Suite 1100
Houston, Texas 77002-6111
(713) 751-1600

MICHELLE N. TANNEY
MICHAEL A. SABELLA
TARA E. TURNER
ARIANA DINDIYAL
SHADE I. QUAILEY
MAYA E. RIVERA
DAPHNE GOKALAN
BAKER & HOSTETLER LLP
45 Rockefeller Plaza, 14th floor
New York, New York 10111
(212) 589-4200

*Counsel for Amicus Curiae*
*Iraq and Afghanistan Veterans of America*

FORM 9. Certificate of Interest

Form 9 (p. 1)
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### <u>CERTIFICATE OF INTEREST</u>

| | |
|---|---|
| **Case Number** | 24-108 |
| **Short Case Caption** | In re Transgender American Veterans Association |
| **Filing Party/Entity** | Iraq and Afghanistan Veterans of America |

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes.  Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 01/29/2024

Signature: /s/ Michelle N. Tanney

Name: Michelle N. Tanney

FORM 9. Certificate of Interest

Form 9 (p. 2)
March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. ☑ None/Not Applicable |
| Iraq and Afghanistan Veterans of America | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐   Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☑  None/Not Applicable          ☐  Additional pages attached

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐  Yes (file separate notice; see below)    ☐  No    ☑  N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑  None/Not Applicable          ☐  Additional pages attached

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |

# ARGUMENT

Pursuant to Federal Rules of Appellate Procedure 27 and 29(a)(3) and Federal Circuit Rule 21(e), Iraq and Afghanistan Veterans of America ("IAVA") respectfully moves for leave to file the accompanying amicus brief in support of Petitioner—the Transgender American Veterans Association ("TAVA"). IAVA's amicus brief and the instant motion are timely under Federal Circuit Rule 21(e) because they are being filed within 4 days after TAVA's January 25, 2024 petition.

In support of the instant motion, *amicus curiae* respectfully submits as follows:

1.      Federal Circuit Rule 21(e) requires that an amicus brief "must be accompanied by a motion for leave to file and be filed no later than four (4) days after the petition is docketed." Fed. Cir. R. 21(e).

2.      Federal Rule of Appellate Procedure 29 provides that prospective *amicus curiae* must file, along with the proposed brief, a motion that states "the movant's interest" and "the reason why an amicus brief is desirable and why the matters asserted are relevant to the disposition of the case." Fed. R. App. P. 29(a)(3).

3.      IAVA is a nonprofit and nonpartisan organization dedicated to improving the lives of post-September 11, 2001 veterans and their families. It is the first and largest national veterans service organization that represents current and former volunteer service members of the armed forces exclusively. Its membership

comprises over 425,000 veterans, service members, and civilian supporters across all fifty states.

4.     *Amicus curiae* can therefore offer important background and contextual information relevant to the Court's analysis of the issues presented in this case and in furtherance of *amicus curiae*'s goal of aiding and advocating for transgender veterans, including the expansion of gender-affirming care to include gender-affirming surgery. This position aligns with the organization's history of fighting to ensure that every able-bodied American that wants to serve can, and that all veterans receive adequate support and health care from our country after their service.

5.     In particular, the amicus brief addresses the United States Department of Veterans Affairs' ("VA") failure in undertaking its rulemaking process to either repeal or amend 38 C.F.R. § 17.38(c)(4), which categorically excludes "gender alterations" from the VA's Medical Benefits Package. In support of this position, the brief addresses national security concerns presented by the ongoing recruitment crisis that each branch of the armed forces faces, and the physical, mental, and emotional harm transgender veterans face due to the VA's denial of this medically necessary care. IAVA believes the outcome of this matter is of particular significance not only to its members, but to the future of the armed forces itself.

6.     *Amicus curiae*'s proposed amicus brief is attached to this motion.

2

WHEREFORE, IAVA respectfully requests that this Court grant leave to participate as *amicus curiae* and to file the accompanying amicus brief in support of the Petitioner.

Dated:   January 29, 2024                    Respectfully submitted,

                                             BAKER & HOSTETLER LLP

                                             By:   */s/Michelle N. Tanney*
                                                   MICHELLE N. TANNEY
                                                   MICHAEL A. SABELLA
                                                   TARA E. TURNER
                                                   ARIANA DINDIYAL
                                                   SHADE I. QUAILEY
                                                   MAYA E. RIVERA
                                                   DAPHNE GOKALAN
                                                   45 Rockefeller Plaza
                                                   14th Floor
                                                   New York, New York 10111
                                                   (212) 589-4200

                                                   MARIE L. CARLISLE
                                                   BRIGETTE A. DECHANT
                                                   811 Main Street
                                                   Suite 1100
                                                   Houston, Texas 77002
                                                   (713) 751-1600

                                                   *Counsel for Amicus Curiae*

**FORM 19. Certificate of Compliance with Type-Volume Limitations**

Form 19
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:**  24-108

**Short Case Caption:**  In re Transgender American Veterans Association

---

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

---

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes  464  words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 01/29/2024            Signature:  /s/ Michelle N. Tanney

            Name:  Michelle N. Tanney

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

**Case Number**  24-108

**Short Case Caption**  In re Transgender American Veterans Association

> **NOTE:** Proof of service is only required when the rules specify that service must be accomplished outside the court's electronic filing system. See Fed. R. App. P. 25(d); Fed. Cir. R. 25(e). Attach additional pages as needed.

I certify that I served a copy of the foregoing filing on  01/29/2024

by  ☐ U.S. Mail   ☐ Hand Delivery   ☑ Email   ☐ Facsimile
    ☐ Other: _____

on the below individuals at the following locations.

| Person Served | Service Location (Address, Facsimile, Email) |
|---|---|
| Michael J. Wishnie<br>Attorney for Petitioner | Jerome N. Frank Legal Services Organization / Yale School of Law<br>PO Box 209090, New Haven, CT 06520, michael.wishnie@ylsclinics.org |
| Director, Commercial Litigation Branch, Civil Division, U.S. Department of Justice Attorneys for Respondent | US Department of Justice / Commercial Litigation Branch, Civil Division<br>PO Box 480 , Ben Franklin Station, Washington, DC 20044, c-natcourts.appeals@usdoj.gov |
|  |  |
|  |  |
|  |  |

☐   Additional pages attached.

Date:  01/29/2024

Signature:  /s/ Michelle N. Tanney

Name:  Michelle N. Tanney