NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re:  TRANSGENDER AMERICAN VETERANS ASSOCIATION,**
*Petitioner*

---

2024-108

---

On Petition for Writ of Mandamus to the Department of Veterans Affairs.

---

**ON MOTION**

---

**O R D E R**

Motions for leave to file briefs *amicus curiae* in support of the mandamus petition have been submitted at ECF Nos. 13, 16, 19, 23, 25, 27, 28, 33, and 35.  Some amici state "[t]he VA has given blanket consent to amicus briefs." *E.g.*, ECF No. 23-1 at 5, 33-1 at 5.  *See also* ECF No. 28-1 at 4 ("VA consents to the filing of any amicus briefs.").  Few of the motions state whether petitioner consents. *Cf.* Practice Note to Fed. Cir. R. 29 ("If an amicus brief on the merits is filed on consent of all parties, then no motion for leave is required and the brief should state . . . that all parties have consented to its filing.").

Upon consideration thereof,

2        IN RE: TRANSGENDER AMERICAN VETERANS ASSOCIATION

IT IS ORDERED THAT:

Opposition to any of the motions is due no later than seven days from the date of entry of this order.  Any reply is due no later than three days from service of the respective opposition.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

January 31, 2024
Date