# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| TRANSGENDER AMERICAN VETERANS ASSOCIATION,<br><br>    Petitioner,<br>v.<br><br>DENIS R. MCDONOUGH,<br>Secretary of Veterans Affairs,<br><br>    Respondent. | **2024-108** |

## CONSENT MOTION FOR VOLUNTARY DISMISSAL

WHEREFORE, this petition for review alleges unreasonable delay by Respondent in adjudicating a rulemaking petition submitted by Petitioner and requests an order compelling Respondent to adjudicate the subject petition, and

WHEREFORE, by letter dated February 22, 2024, Respondent denied the rulemaking petition submitted by Petitioner,

THEREFORE, Petitioner hereby moves for the voluntary dismissal of the above-captioned action, without prejudice and without fees or costs to either side, pursuant to Federal Rule of Appellate Procedure 42(b). Attorney David L. Peters, counsel for Respondent, has consented to this motion.

Dated: February 29, 2024.

By: /s/ Michael J. Wishnie
John Baisley, Law Student Intern
Alexandra Johnson, Law Student Intern
K.N. McCleary, Law Student Intern
Sophie Park, Law Student Intern
Sonora Taffa, Law Student Intern

Michael J. Wishnie, Supervising Attorney
Veterans Legal Services Clinic
Jerome N. Frank Legal Services
Organization
Yale Law School
P.O. Box 209090
New Haven, CT 06520-9090
(203) 432-4800
michael.wishnie@ylsclinics.org
*Counsel for Petitioner*

# CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2024, the foregoing Consent Motion for Voluntary Dismissal was filed with the Clerk of the United States Court of Appeals for the Federal Circuit using the appellate ECF system and served electronically on all counsel of record.

Dated: February 29, 2024

By: /s/ Michael J. Wishnie
Michael J. Wishnie, Supervising Attorney
Veterans Legal Services Clinic
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 209090
New Haven, CT 06520-9090
(203) 432-4800
michael.wishnie@ylsclinics.org
*Counsel for Petitioner*